UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DON'TAE SMITH,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>WILLIAMSON, *et al.*,<br><br>　　　　　　　　　Defendants. | Case No. 3:22-CV-00446-MMD-CLB<br><br>**ORDER GRANTING MOTION TO EXTEND TIME**<br><br>[ECF No. 10] |

　　　Before the Court is Plaintiff Don'tae Smith's ("Smith") motion to extend time to locate full names and locations for two unserved Defendants, Dr. Durant and Nurse H. White with the Clark County Detention Center ("CCDC"). (ECF No. 10.) Summons for these defendants were returned unexecuted by the U.S. Marshals Service ("USM") because there were no employees with those names at CCDC. (ECF No. 7.) Smith filed a motion to produce addresses for these defendants, (ECF No. 8), which the Court denied with leave to refile, as the motion did not provide the Court with a more detailed name and/or address as directed by the screening order (ECF No. 9 (citing ECF No. 3)). Smith now requests 60 additional days to locate this information.

　　　For good cause appearing, **IT IS ORDERED** that Smith's motion, (ECF No. 10), is **GRANTED**.

　　　**IT IS FURTHER ORDERED** that the Clerk of Court shall send to Smith two USM-285 forms. Smith will have **60 days** within which to furnish to the USM the required USM-285 forms with relevant information as to each Defendant on each form.

　　　**IT IS FURTHER ORDERED** that if Smith cannot locate such information and service is not perfected in that time, the Court will recommend that Defendants Dr. Durant and Nurse H. White be dismissed without prejudice pursuant to Fed. R. Civ. P. 4(m).

**DATED**: February 21, 2023.

_____
UNITED STATES MAGISTRATE JUDGE