# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DON'TAE SMITH, | Case No. 3:22-CV-00446-MMD-CLB |
| Plaintiff, | **ORDER TO FILE OPPOSITION TO MOTION TO DISMISS** |
| v. | |
| WILLIAMSON, et. al., | |
| Defendants. | |

On June 2, 2023, Defendant Williamson filed a motion to dismiss. (ECF No. 28.) Plaintiff was given notice of the motion pursuant to the requirements of *Klingele v. Eikenberry*, 849 F.2d 409 (9th Cir. 1988), and *Rand v. Rowland*, 154 F.3d 952 (9th Cir. 1998) (ECF No. 29). To date, Plaintiff has failed to file an opposition.

The Court will *sua sponte* grant Plaintiff **one** extension of time to **Wednesday, July 5, 2023**, to file an opposition to the motion to dismiss. No further extensions of time shall be granted. Plaintiff is advised that the failure to file points and authorities in response to the motion shall constitute a consent to the granting of the motion. Local Rule 7−2(d).

**IT IS SO ORDERED.**

**DATED**: June 20, 2023

_____
**UNITED STATES MAGISTRATE JUDGE**