**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DON'TAE SMITH, | Case No. 3:22-CV-00446-MMD-CLB |
| Plaintiff, | |
| v. | **REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE** [1] |
| WILLIAMSON, et al., | |
| Defendants. | |

This case involves a civil rights action filed by Plaintiff Don'tae Smith ("Smith") currently proceeding against Defendants Durant, W. Silva ("Silva"), H. White ("White"), and R. Garvey ("Garvey") (collectively referred to as "Defendants"). For the reasons stated below, the Court recommends that all remaining Defendants be dismissed.

Plaintiff filed the instant action on October 6, 2022. On June 2, 2023, Defendant Dr. Larry Williamson ("Williamson") filed a motion to dismiss alleging, among other arguments, that the statute of limitations for Smith's claim had run prior to the filing of the instant complaint. (ECF No. 33.) On July 25, 2023, the Court accepted and adopted in full the Report and Recommendation of the undersigned Magistrate Judge, (ECF No. 34), recommending that Williamson's motion to dismiss be granted for Smith's failure to file the complaint within the applicable statute of limitations. (ECF No. 35.) As detailed in the recommendation, there are there are no set of facts Smith can prove that would establish the timeliness of his claim. *Supermail Cargo, Inc. v. United States*, 68 F.3d 1204, 1206-07 (9th Cir. 1995) ("[A] complaint cannot be dismissed unless it appears beyond doubt that the plaintiff can prove no set of facts that would establish the timeliness of the claim."). Although the motion to dismiss was filed by a single Defendant, Williamson, the statute of limitations issue applies to all Defendants.

Accordingly, the Court ordered Smith to show cause, in writing, as to why the case

---

[1] This Report and Recommendation is made to the Honorable Miranda M. Du, United States District Judge. The action was referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and LR IB 1-4.

should not be dismissed for his failure to file within the statute of limitations. (ECF No. 36.) The Court explicitly warned Smith that his failure to respond to the order by the deadline of August 25, 2023, would result in a recommendation to dismiss the case. (*Id.*) Smith did not file a response.

Therefore, the Court recommends that all remaining Defendants be dismissed from the action for failure to file within the statute of limitations for the same reasons stated in the Court's prior Report and Recommendation. (ECF No. 33.) The Court also recommends that Smith not be given leave to amend his complaint. Usually, leave to amend is only denied when it is clear the deficiencies of the complaint cannot be cured by amendment. *See Chubb Custom Ins. Co.*, 710 F.3d at 956. Futility "alone can justify the denial of a motion for leave to amend." *Nunes*, 375 F.3d at 808 (citations omitted). Futility arises where the amended complaint would be subject to dismissal, such as when it violates the statute of limitations. *Platt.*, 522 F.3d at 1060. Here, because the complaint violates the statute of limitations, amendment would be futile and therefore the Court does not recommend allowing leave to amend. *Id.*

I.    **CONCLUSION**

For good cause appearing and for the reasons stated above, the Court recommends all remaining Defendants be dismissed from the case.

The parties are advised:

1.    Pursuant to 28 U.S.C. § 636(b)(1)(c) and Rule IB 3-2 of the Local Rules of Practice, the parties may file specific written objections to this Report and Recommendation within fourteen days of receipt. These objections should be entitled "Objections to Magistrate Judge's Report and Recommendation" and should be accompanied by points and authorities for consideration by the District Court.

2.    This Report and Recommendation is not an appealable order and any notice of appeal pursuant to Fed. R. App. P. 4(a)(1) should not be filed until entry of the District Court's judgment.

1

**II.    RECOMMENDATION**

2

    **IT IS THEREFORE RECOMMENDED** that the Clerk **DISMISS** all remaining

3

Defendants from this case;

4

    **IT IS FURTHER RECOMMENDED** that the Clerk **CLOSE** this case.

5

    **DATED**:  August 29, 2023.

6

7

    _____

    **UNITED STATES MAGISTRATE JUDGE**

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28